UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS ANTHONY WITCHEY, DANA LEE WITCHEY, WITCHEY ENTERPRISES, INC., and LDW CORP. | : : : : : CIVIL ACTION NO. 3:16-2312 : (MANNION, D.J.) |
| Plaintiffs | |
| v. | |
| FIRST GOLD BUYERS, INC. d/b/a SIGNATURE FUNDING | |
| Defendant | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion to remand, (Doc. 3), is **DENIED**.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: September 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2312-01-Order.docx