# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS ANTHONY WITCHEY,** | : | |
| **DANA LEE WITCHEY,** | : | |
| **WITCHEY** | : | |
| **ENTERPRISES, INC., and** | : | **CIVIL ACTION NO. 3:16-2312** |
| **LDW CORP.** | : | **(MANNION, D.J.)** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST GOLD BUYERS, INC.** | : | |
| **d/b/a SIGNATURE FUNDING** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)  the Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of New York; and

(2)  the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2312-02-Order.docx